1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4421-SC |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **IASCO (fka International Air Service Company),** | ) | **ORDER ENFORCING SUMMONSES** |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4422-SC |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **IASCO (fka International Air Service Company),** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | No. C-06-4423-SC |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **IASCO (fka International Air Service Company),** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA ) | No. C-06-4424-SC |
| 2 | Petitioner, ) | |
| 3 | v. ) | |
| 4 | IASCO (fka International Air Service Company), ) | |
| 5 | ) | |
| 6 | Respondent. ) | |
| 7 | UNITED STATES OF AMERICA ) | No. C-06-4425-SC |
| 8 | Petitioner, ) | |
| 9 | v. ) | |
| 10 | IASCO (fka International Air Service Company), ) | |
| 11 | ) | |
| 12 | Respondent. ) | |

These related cases having come on for hearing on September 22, 2006, upon the return of Orders to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petitions To Enforce Internal Revenue Service Summons, it is hereby:

**ORDERED** that respondent, IASCO (fka International Air Service Company) shall appear before Revenue Agent Paul Hanley, or any other designated agent, on October 6, 2006, at 9:00a.m. , at the Offices of the Internal Revenue Service located at 700 Jefferson Avenue, Second Floor, Redwood City, CA 94063, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summonses, copies of which are attached hereto as **Exhibits A**, **B**, **C**, **D** and **E** and produce for the Revenue Agent's inspection and copying respondents' records also described in the subject Internal Revenue Service summonses.

**ORDERED** this   22   day of   Sept. '06  , at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

Order Enforcing Summonses                2