1  KEVIN V. RYAN (CSBN 118321)
United States Attorney
2  JAY R. WEILL (CSBN 75434)
Assistant United States Attorney
3  Chief, Tax Division

4   9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
5  San Francisco, CA 94102
Telephone:   (415) 436-7017
6  Fax:          (415) 436-6748

7  Attorneys for the United States of America

8  **IN THE UNITED STATES DISTRICT COURT FOR THE**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  **UNITED STATES OF AMERICA**           )   **No. C-06-4421-SC**
                                          )
12          **Petitioner,**               )   **APPLICATION TO DISMISS**
                                          )   **VERIFIED PETITIONS TO ENFORCE**
13          **v.**                        )   **INTERNAL REVENUE SERVICE**
                                          )   **SUMMONSES AND ORDER**
14  **IASCO (fka International Air Service**  )
    **Company),**                         )
15                                        )
            **Respondent.**               )
16  _____)

17  **UNITED STATES OF AMERICA**           )   **No. C-06-4422-SC**
                                          )
18          **Petitioner,**               )
                                          )
19          **v.**                        )
                                          )
20  **IASCO (fka International Air Service**  )
    **Company),**                         )
21                                        )
            **Respondent.**               )
22  _____)

23  **UNITED STATES OF AMERICA**           )   **No. C-06-4423-SC**
                                          )
24          **Petitioner,**               )
                                          )
25          **v.**                        )
                                          )
26  **IASCO (fka International Air Service**  )
    **Company),**                         )
27                                        )
            **Respondent.**               )
28  _____)

| | | |
|---|---|---|
| 1 | **UNITED STATES OF AMERICA** ) | **No. C-06-4424-SC** |
| 2 | **Petitioner,** ) | |
| 3 | v. ) | |
| 4 | **IASCO (fka International Air Service** ) **Company),** ) | |
| 5 | ) | |
| 6 | **Respondent.** ) | |

| | | |
|---|---|---|
| 7 | **UNITED STATES OF AMERICA** ) | **No. C-06-4425-SC** |
| 8 | **Petitioner,** ) | |
| 9 | v. ) | |
| 10 | **IASCO (fka International Air Service** ) **Company),** ) | |
| 11 | ) | |
| 12 | **Respondent.** ) | |

13  The United States of America dismisses the Petitions To Enforce filed on July 19, 2006

14  because the respondent has complied with the summonses.

15

16    KEVIN V. RYAN
      United States Attorney

17

18    /s/ Jay R. Weill
      JAY R. WEILL

19    Assistant United States Attorney
      Chief, Tax Division

20

21  SO ORDERED:

22  DATED:    11/14/06

23  SAM _____ RICT JUDGE
    UNIT _____

    IT IS SO ORDERED

    Judge Samuel Conti

24

25

26

27

28